Jerry D. Hemme [SBN 99010]
GOODE, HEMME, PETERSON & SAYLER
6256 Greenwich Dr., Suite 500
San Diego, California 92122
Telephone: (858) 587-3555
Facsimile: (858) 587-3545

Attorneys for WARWICK INVESTMENTS


FILED
JAN 11 2007

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

STEPHEN EDWARD TURNER

) Case No. 6:06-BK-13841-MG
) Chapter 11
)
) **REQUEST FOR SPECIAL NOTICE**
)
)
) Judge Mitchell Goldberg
)

### REQUEST FOR SPECIAL NOTICE

**TO THE DEBTOR AND HIS COUNSEL OF RECORD, TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that judgment creditor WARWICK INVESTMENTS has retained Goode, Hemme, Peterson & Sayler to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

/ / /

/ / /

1  Jerry D. Hemme
   GOODE, HEMME, PETERSON & SAYLER
2  6256 Greenwich Dr., Suite 500
   San Diego, California 92122
3  Telephone: (858) 587-3555
   Facsimile: (858) 587-3545
4

5  Dated: January 10, 2007            GOODE, HEMME, PETERSON & SAYLER

6

7                                     _____
                                      Jerry D. Hemme
8                                     Attorneys for WARWICK INVESTMENTS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**REQUEST FOR SPECIAL NOTICE**

*In Re: Stephen Edward Turner*　　　　　　　　　　　　　　　　*Case No. 6:06-bk-13841-MG*

## PROOF OF SERVICE

UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

I, Derek W. Brady, declare that I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action or proceeding. I am employed by the law firm of Goode, Hemme, Peterson & Sayler, located at 6256 Greenwich Drive, Suite 500, San Diego, California 92122, telephone 858-587-3555, facsimile 858-587-3545.

On January 10, 2007, I served the foregoing documents described as:

**REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action as follows:

*Attorney for Debtor:*
Lazaro E. Fernandez
3403 Tenth Street, Suite 714
Riverside, California 92501

*Debtor:*
Stephen Edward Turner
Post Office Box 3234
Palm Spring, California 92263

*U.S. Trustee:*
Office of the US Trustee
3420 12th Street, Room 200
Riverside, California 92051

[X]　BY FIRST CLASS MAIL: I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed true copies enclosed in sealed envelope(s) and caused such envelope(s) to be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

[ ]　BY OVERNIGHT DELIVERY: I caused such envelope(s) to be deposited in a box or other facility regularly maintained by Federal Express overnight delivery service with fees paid.

[ ]　BY FACSIMILE: I served the foregoing documents via facsimile transmission. True and correct copies of the facsimile transmission report are attached hereto.

[ ]　BY PERSONAL SERVICE: I caused such envelope(s) to be personally served by an attorney messenger service on the interested parties in this action.

I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause. Executed on January 10, 2007, at San Diego, California

Derek W. Brady